■ Anita Breger, Respondent, v. Herbert J. Breger, Appellant.— Order unanimously reversed, without costs, and the motion to separately state and number the causes of action is granted. There are multiple causes stated in a single cause of action. The amended complaint is to be served within 20 days

after the service of a copy of order, with notice of entry, upon the attorneys for the plaintiff. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank, and McNally, JJ.